IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.
      PELVIC REPAIR SYSTEM                          MDL NO. 2187
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants C. R. Bard, Inc., Tissue Science Laboratories Limited, Sofradim Production SAS, Covidien Inc., Covidien plc, and others (collectively, "the Covidien defendants"), where named, pursuant to the procedures established by Pretrial Order ("PTO") # 282. *See* PTO # 282, *In re: C. R. Bard, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:10-md-2187 ("Bard MDL 2187") [ECF No. 6012].

As stated in PTO # 282, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated that the defendants file a declaration

certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Covidien defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in the Bard MDL 2187, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 1, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

| Case Number | Case Short Style | ECF No. |
|---|---|---|
| 2:12-cv-02115 | Ballard et al v. C. R. Bard, Inc. et al | 23 |
| 2:12-cv-00928 | Bowman-Smith et al v. C. R. Bard, Inc. et al | 24 |
| 2:12-cv-01674 | Duckett et al v. C. R. Bard, Inc. et al | 19 |
| 2:12-cv-02555 | Dinger et al v. C. R. Bard, Inc. et al | 22 |
| 2:12-cv-02888 | Cawood et al v. C. R. Bard, Inc. et al | 33 |
| 2:12-cv-03852 | Burrow v. C. R. Bard, Inc. et al | 14 |
| 2:12-cv-02890 | Hendrick v. C. R. Bard, Inc. et al | 18 |
| 2:12-cv-02891 | Hodges v. C. R. Bard, Inc. et al | 27 |
| 2:12-cv-03112 | Ray et al v. C. R. Bard, Inc. et al | 16 |
| 2:12-cv-03141 | Miller v. C. R. Bard, Inc. et al | 21 |
| 2:14-cv-08648 | Rodriguez et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-08630 | Balderas v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-29218 | Miller et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-12832 | Garcia et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-08406 | Hills et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-12608 | Holcombe v. C. R. Bard, Inc. et al | 9 |
| 2:13-cv-13617 | Spring v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-13612 | Peterson v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-13610 | Parra v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-13925 | Miller et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-13902 | Cobden et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-03172 | Adams v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-30516 | Hume et al v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-24228 | Glidewell et al v. C. R. Bard, Inc. et al | 20 |
| 2:13-cv-24217 | Elliott et al v. C. R. Bard, Inc. et al | 23 |
| 2:13-cv-12692 | Dysart et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-13258 | Hendricks v. C. R. Bard, Inc. et al | 20 |
| 2:13-cv-13262 | Nanney v. C. R. Bard, Inc. et al | 21 |
| 2:13-cv-12207 | Weber et al v. C. R. Bard, Inc. et al | 21 |
| 2:13-cv-12612 | Scheffert v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-12061 | Muder v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-22081 | Franzese et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-25049 | Howard et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-13605 | Polack et al v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-22182 | Cronn v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-08658 | Waters v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-24496 | Eubanks et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-04351 | Mancuso et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-13243 | Cortes v. C. R. Bard, Inc. et al | 20 |
| 2:13-cv-32052 | Wann et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-14555 | Minor et al v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-13233 | Barrett et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-07863 | Cline et al v. C. R. Bard, Inc. et al | 14 |

**Exhibit A**

| | | |
|---|---|---|
| 2:14-cv-06472 | Whitten et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-22787 | Luper v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-13242 | Huntzberry et al v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-01152 | Bosch et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-28828 | Johnson v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-08587 | Peralta et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-21038 | Carlson v. C. R. Bard, Inc. et al | 18 |
| 2:15-cv-05569 | Parker v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-32186 | Thomas v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-25809 | McGee v. C. R. Bard, Inc. | 16 |
| 2:14-cv-05050 | Allison v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-05076 | Arrington v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-25236 | Crowley v. C. R. Bard, Inc. et al | 19 |
| 2:14-cv-05137 | Berry v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-05141 | Bouie v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-05138 | Brooks et al v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-05140 | Cable v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-05142 | Campbell v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-13602 | Merrill v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-05144 | Daniel v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-05252 | Deffenbaugh v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-13622 | Mason v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-13698 | Armstrong v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-31318 | Stewart et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-09581 | Childers et al v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-09246 | Collier v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-24236 | Lingerfelt et al v. C. R. Bard, Inc. et al | 10 |
| 2:14-cv-05067 | Goins v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-05328 | Guzman v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-05334 | Hall et al v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-05355 | Harrison v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-05427 | Henshaw v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-05428 | Hernandez v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-15192 | Patterson et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-15196 | Noel et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-12723 | Bay et al v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-05440 | Jowell v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-14230 | Amendolare et al v. C. R. Bard, Inc. et al | 10 |
| 2:13-cv-15202 | Mullins et al v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-05456 | Pauline v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-09011 | Bowman v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-27414 | Contreras v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-27444 | Ellis et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-28301 | Hackley v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-06770 | Atkins v. C. R. Bard, Inc. et al | 15 |

# Exhibit A

| | | |
|---|---|---|
| 2:13-cv-25806 | Kerbo et al v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-01346 | Littlefield et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-28310 | Mattern et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-15355 | Kristiansen et al v. C. R. Bard, Inc. et al | 20 |
| 2:13-cv-15353 | Buxbaum et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-27441 | Rogers et al v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-06774 | Bradley v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-06786 | Condrey v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-29747 | Sowell et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-08353 | Sandoval v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-14453 | Radzavich et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-25948 | Hunter v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-26571 | Lemon et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-27514 | Oglesby v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-27498 | Louallen v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-25951 | McMahan v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-16251 | Rogers et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-16081 | Quintanilla et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-22066 | Coffey v. C. R. Bard, Inc. et al | 21 |
| 2:13-cv-14373 | Larios v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-32192 | Gutierrez et al v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-27527 | Anzalone et al v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-13540 | Willis et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-06165 | Adams et al v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-06167 | Blackmon v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06169 | Byerly v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-06171 | Daniels et al v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-06172 | Duffy v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06177 | Gwin v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06179 | Holland v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-28848 | Blackwell et al v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-01348 | De Portillo et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-27435 | George v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-06181 | Idleman v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06186 | Lucia v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-06188 | Meighen v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06551 | Nichols v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06556 | Pittman v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06917 | Keller et al v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-01339 | Richardson v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-28641 | Mamula et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-12902 | Dickson v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-26600 | Wilson et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-14029 | Davis et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-00276 | Satawake et al v. C. R. Bard, Inc. et al | 13 |

# Exhibit A

| Case Number | Case Name | Count |
|---|---|---|
| 2:13-cv-30382 | Groh v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-09010 | Bernard v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-27244 | McQuarrie v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-00277 | Tucker et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-14815 | Lemos v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-00938 | Jones v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-03179 | Chiles-Allred v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-30658 | McClung v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-30660 | Medrano v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-30663 | Moore v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03683 | Moran v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-03645 | Holland v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-03684 | Myers v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-03688 | Olson v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-30672 | Payne v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-31625 | Perry et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-30517 | Jenkins v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-29264 | Durst v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03690 | Philllips v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-03634 | Creamer v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-30518 | Latimer v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-29270 | Frenier v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-03701 | Plunkett v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-28690 | Brewer v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-03635 | Davis v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-28691 | Brown v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-29280 | Goebel v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03173 | Akers v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-03175 | Badgett v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-03176 | Bayer v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-30506 | Guerrero v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03177 | Brown v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-03178 | Cardiff et al v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-29255 | Dennison v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03660 | Long v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-30530 | Mathis v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03677 | Matthews v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03638 | Evett v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-03643 | Hand et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-16310 | Hill v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-30459 | Boteler et al v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-30464 | Cadena v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-30471 | Harper et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-30476 | Ingles et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-08634 | Blackmon et al v. C. R. Bard, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:13-cv-21049 | Gilbert v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-21915 | Moreno v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-22670 | Meidling et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-23968 | England et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-23965 | Meadows et al v. C. R. Bard, Inc. et al | 9 |
| 2:13-cv-16706 | Burton v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-16724 | Spears et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-16510 | Keyser et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-15333 | Hunt v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-21050 | Gray et al v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-08639 | Bolon et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-21906 | Evans et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-22181 | Niskern v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-29281 | Benzo v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-14839 | Hostetter v. C. R. Bard, Inc. et al | 25 |
| 2:14-cv-04348 | Long v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-21910 | Juarez-Delgado v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-21037 | Blankenbiller et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-25357 | Holme v. C. R. Bard, Inc. et al | 10 |
| 2:13-cv-32384 | Chitwood v. C. R. Bard, Inc. et al | 23 |
| 2:13-cv-30955 | Koplin v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-32055 | Whitaker v. C. R. Bard, Inc. et al | 16 |
| 2:15-cv-05570 | Swanson v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-23746 | Moore v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-26717 | Lockhart v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-09793 | Moreno v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-09850 | Neal v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-23748 | Sebek v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-23737 | Barnes v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-24221 | Flores et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-23738 | Campbell v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-23740 | Cantini v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-23741 | Jones v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-23335 | Berry v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-22168 | Richardson v. C. R. Bard, Inc. et al | 19 |
| 2:14-cv-09700 | Boatright et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-21047 | Garcia et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-24676 | Carr v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-08396 | Nicholson et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-27531 | Conley v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-21032 | Anderson v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-28941 | Lolling v. C. R. Bard, Inc. et al | 21 |
| 2:13-cv-30700 | Crull v. C. R. Bard, Inc. et al | 26 |
| 2:13-cv-18179 | Sauls et al v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-22180 | Newland v. C. R. Bard, Inc. et al | 16 |

| | | |
|---|---|---|
| 2:13-cv-29321 | Doycich v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-26312 | Nelson v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-24111 | Cox v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06056 | Mazur v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-18240 | Clardy v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-09062 | Rinehart v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-27517 | Georgiou et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-05923 | Vannoy v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-08226 | Lewis et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-04394 | Priar v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-16682 | Ramsey et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-29191 | Guerrant et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-18043 | Linder v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-27094 | Davis et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-30601 | Sandberg et al v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-02852 | Lehrer v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-05943 | Woods et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-04372 | Mohler et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-04381 | Owens et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-04381 | Owens et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-29279 | Adames v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-18508 | Jennings v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-17657 | Klein et al  v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-11973 | Davis v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-18510 | Larkin et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-26084 | Loya et al v. C. R. Bard, Inc. et al | 22 |
| 2:14-cv-10103 | Mondary et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-31885 | Flores et al v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-04137 | Doughty v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-04420 | Trent et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06582 | Edwards v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-04400 | Rayfield v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-04392 | Pollard et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-09708 | Davenport v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-09041 | Carter v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-28303 | Hickam et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-12262 | Pearson et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-18581 | Muniz et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-18491 | Moore v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-28974 | Romine v. Tissue Science Laboratories Limited | 20 |
| 2:13-cv-28314 | Thompson et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-14337 | Miller v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-17805 | Dube v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-19274 | Walker v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-18817 | Luckner v. C. R. Bard, Inc. et al | 18 |

# Exhibit A

| | | |
|---|---|---|
| 2:13-cv-18735 | Childers et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-18844 | Stack v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-18838 | Coleman et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-18192 | Layton v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-17163 | Cannon et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-17683 | Eaves v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-18945 | McDevitt v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-33970 | Lancaster v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-09994 | Cartwright et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-17119 | Gaylord v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-20398 | Smoot v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-20397 | Eubank v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-04383 | Padilla v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-09989 | Black v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-20233 | Clayton v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-19373 | Younis et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-06800 | Atteberry et al v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06847 | Brooks v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-06824 | Brown v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-06827 | Collier v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06826 | Chapin v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-06828 | Johnson v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-06829 | McKinney v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-00192 | Moye et al v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-04398 | Putt et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-24851 | Reed v. C. R. Bard, Inc. et al | 23 |
| 2:14-cv-05934 | Werst et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-12251 | Hutchison et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-12253 | Kuhn v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06901 | Nazarian et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-32903 | Ramirez v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-11640 | Culver et al v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-08213 | Holloway et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06836 | Nielson v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-17222 | Brauer v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-19486 | Crawford et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-17237 | Hunt et al v. C. R. Bard, Inc. et al | 20 |
| 2:14-cv-04313 | Knighten et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-14954 | Graves v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-18337 | Moon et al v. C. R. Bard, Inc. et al | 22 |
| 2:13-cv-18338 | Moore et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-18340 | Nix v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-24123 | Crosby v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-16047 | Nichols v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-04214 | Collins v. C. R. Bard, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:13-cv-21048 | Geyer et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-15703 | May v. C. R. Bard, Inc. et al | 38 |
| 2:13-cv-18874 | Champeau et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-21009 | Melnick v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-28133 | Betzwiser v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-04411 | Stacy et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-15737 | Odom v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-20771 | Boggs et al v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-28131 | Crisp et al v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06907 | Gorman v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-08113 | Hobron v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-17452 | Eldridge et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-21539 | Jensen v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-18554 | Hineman v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-19169 | Minor et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-21478 | Crawford v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-14216 | Garcia v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-01186 | Garcia et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-16445 | Erdmann et al v. C. R. Bard, Inc. et al | 21 |
| 2:13-cv-21735 | Patterson et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-17500 | Jackson v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-15965 | Lovelady v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-15963 | Collier et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-21836 | James v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-06894 | LaBrec v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06895 | Martin v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06898 | Meyer v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-18462 | Ostrega et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-18172 | Garza v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-19343 | Andrade et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-14480 | Harris et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-14479 | Ellis et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-23763 | Locke v. C. R. Bard, Inc. et al | 24 |
| 2:13-cv-11791 | Seedlock et al v. C. R. Bard, Inc. et al | 20 |
| 2:14-cv-06849 | Devan v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-04082 | Diggs et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-27505 | Munoz et al v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-06889 | Hoover v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-17249 | Gorham v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-17248 | Crosser et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-32869 | Berry et al v. C.R. Bard, Inc. | 15 |
| 2:13-cv-26678 | Grimmett v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-27603 | Jones v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-26087 | Johns et al v. C. R. Bard, Inc. et al | 19 |
| 2:14-cv-04353 | Mann v. C. R. Bard, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:14-cv-04408 | Sofley v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-06945 | McElyea v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-26752 | Clayton et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-29341 | Gleaton v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-23096 | Hughes v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-17581 | Benefield et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-23163 | Krien et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-01171 | England et al v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-06951 | Gonzalez v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-32568 | Davis et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-23785 | Swasey et al v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-06952 | Grossen v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-06958 | Olson v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-23852 | Dean v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-23988 | Coburn et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-23393 | Bass et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-22021 | Burrell et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-23866 | Hancock v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-23875 | Hofmann v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-24097 | Sitzes v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-23787 | Pendleton et al v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-23820 | Hill et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-24689 | Montcastle v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-26066 | Thomas et al v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-25935 | Duarte v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-17592 | Miele et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-26280 | Rogers et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-26409 | Ellis v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-26594 | McDonald et al v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-26575 | Wade v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-22006 | Hodges v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-27031 | Maynard v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-19949 | Arthur v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-26982 | Garcia v. C. R. Bard, Inc. et al | 20 |
| 2:13-cv-26983 | Johnson v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-27356 | Adamski v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-27359 | Newhouse et al v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-28030 | Burleson v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-26662 | Henderson et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-29839 | Malone v. C. R. Bard, Inc. et al | 21 |
| 2:13-cv-30323 | Moody et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-28560 | Harpham v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-28561 | Lantz v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-30548 | Gregg v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-31589 | Nolin v. C. R. Bard, Inc. et al | 19 |

# Exhibit A

| Case Number | Case Name | |
|---|---|---|
| 2:13-cv-31639 | Hoskins v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-31606 | Painter v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-31788 | Lane v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-31654 | Gillis et al v. C. R. Bard, Inc. et al | 23 |
| 2:13-cv-31644 | Gobleman et al v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-31647 | Morton v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-31339 | Anderson v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-31341 | Ballantine v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-31343 | Cecchini et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-31346 | Georgin v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-31349 | Henderson et al v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-31350 | Meyer v. C. R. Bard, Inc. et al | 13 |
| 2:13-cv-31367 | Phillips v. C. R. Bard, Inc. et al | 24 |
| 2:13-cv-02190 | Irvin v. C. R. Bard, Inc. | 11 |
| 2:13-cv-31972 | Barron v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-31977 | Corradino v. C. R. Bard, Inc. et al | 14 |
| 2:13-cv-32602 | Ferry et al v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-33789 | Branson v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-33791 | DiCapo et al v. C. R. Bard, Inc. | 17 |
| 2:13-cv-33793 | Wright v. C. R. Bard, Inc. et al | 18 |
| 2:13-cv-34050 | Carter v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-00874 | Horn et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-01418 | Laney et al v. C. R. Bard, Inc. et al | 19 |
| 2:13-cv-20132 | Barreda v. C. R. Bard, Inc. et al | 10 |
| 2:13-cv-14926 | Cassity v. C. R. Bard, Inc. et al | 20 |
| 2:15-cv-06675 | Pinder v. C. R. Bard, Inc. et al | 12 |
| 2:15-cv-07978 | Caporale et al v. C. R. Bard, Inc. et al | 12 |
| 2:13-cv-14984 | Craft et al v. C. R. Bard, Inc. et al | 14 |
| 2:15-cv-06620 | Garth v. C. R. Bard, Inc. et al | 13 |
| 2:16-cv-03610 | Dawson v. C. R. Bard, Inc. et al | 17 |
| 2:15-cv-14342 | Hancock v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-24280 | Patton v. C. R. Bard, Inc. | 11 |
| 2:15-cv-07475 | Allen et al v. C. R. Bard, Inc. et al | 11 |
| 2:15-cv-00765 | Cooper et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-16734 | Mesic et al v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-11986 | Jones et al v. C. R. Bard, Inc. et al | 25 |
| 2:14-cv-02825 | Junkins et al v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-17034 | Cargile et al v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-05152 | Krohn v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-20284 | Richardson v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-09566 | Joy v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-21836 | Johnson v. C. R. Bard, Inc. et al | 20 |
| 2:14-cv-25903 | Chesney et al v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-27772 | Moss v. C. R. Bard, Inc. et al | 15 |
| 2:13-cv-27069 | Delgado v. C. R. Bard, Inc. et al | 19 |

| | | |
|---|---|---|
| 2:14-cv-07399 | Cupp et al v. C. R. Bard, Inc. et al | 16 |
| 2:13-cv-22049 | Baker v. C. R. Bard, Inc. et al | 13 |
| 2:12-cv-04673 | Espiritu et al v. C. R. Bard, Inc. et al | 11 |
| 2:13-cv-12712 | Branscum et al v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-10463 | Coney et al v. C. R. Bard, Inc. et al | 18 |
| 2:14-cv-09519 | Henshaw et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-09570 | Duchay et al v. C. R. Bard, Inc. et al | 19 |
| 2:14-cv-10904 | Craig et al v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-08230 | Reddell v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-09951 | Damiandis v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-11842 | Horn v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-11741 | Brito v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-11760 | Miller v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-09254 | Davis v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-11479 | Bardell v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-13059 | Doering v. C. R. Bard, Inc. et al | 17 |
| 2:13-cv-17251 | Krone et al v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-11606 | Lisheron v. C. R. Bard, Inc. et al | 13 |
| 2:14-cv-11453 | Reviere v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-11807 | Morgan v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-10816 | Crosby v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-11477 | Gates v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-12263 | Parker et al v. C. R. Bard, Inc. et al | 19 |
| 2:14-cv-07678 | Hovater v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-12315 | Henson v. C. R. Bard, Inc. et al | 12 |
| 2:14-cv-12783 | Conway v. C. R. Bard, Inc. et al | 15 |
| 2:14-cv-12842 | O'Meara v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-11501 | Clinefelter v. C. R. Bard, Inc. et al | 17 |
| 2:14-cv-11509 | Green v. C. R. Bard, Inc. et al | 16 |
| 2:14-cv-13496 | Lehman v. C. R. Bard, Inc. et al | 14 |
| 2:14-cv-13394 | McNeil v. C. R. Bard, Inc. et al | 13 |